## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JOSE MIGUEL NUNEZ,** :
    **Petitioner,** :
           :   **No. 1:19-cv-551**
    **v.** :
           :   **(Judge Rambo)**
**WARDEN D.K. WHITE,** :
    **Respondent.** :

## ORDER

**AND NOW**, this 20th day of May 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Nunez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** as premature and for failure to exhaust administrative remedies; and

2. The Clerk of Court is directed to **CLOSE** this matter.



                    s/Sylvia H. Rambo
                    SYLVIA H. RAMBO
                    United States District Judge